UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Adrian Johnson,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Maningo Law, *et al*,<br><br>　　　　　Defendant(s). | 2:24-cv-00827-RFB-MDC<br><br>**Order** |

　　　For good cause shown, it is ordered that the *Motion to Extend Time for Plaintiff to File IFP* (ECF No. 6) is GRANTED. Plaintiff shall have until **July 26, 2024,** to either pay the filing fee or file his IFP in compliance with the Court's order (ECF No. 5).

　　　DATED this 24th day of June 2024.

　　　IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

　　　Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.